UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 3:11-CR-80-4-TAV-CCS |
| | ) |
| MARY ANN KNIPP, | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the defendant's pro se motion to expedite transit/designation to facility [Doc. 124]. Defendant pled guilty to conspiracy to distribute oxycodone [Doc. 75] and was sentenced to 40 months imprisonment, followed by three years of supervised release [Doc. 109]. Defendant is asking the Court for an order expediting her transfer to the Bureau of Prisons facility for service of her sentence.

The Bureau of Prisons has the express authority to designate the place of a prisoner's confinement. 18 U.S.C. § 3621(b); *Devonshire v. Holder,* 2013 WL 460532 at *2 (E.D. Ky. Feb. 6, 2013). Moreover, it is well-settled that federal prisoners have no constitutional right to be confined in, or transferred to, a particular facility. *Id., see also McKune v. Live*, 536 U.S. 24, 39 (2002); *Olim v. Wakinekona,* 461 U.S. 238 (1983); *Meachum v. Fano,* 427 U.S. 215 (1976). Therefore, the Court finds that it is without

authority to expedite Defendant's transfer to the Bureau of Prisons facility.  Accordingly, Defendant's motion to expedite transit/designation [Doc. 124] is **DENIED.**

ENTER:

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE